UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
BURTON WIAND RECEIVERSHIP
CASES PENDING IN THE TAMPA
DIVISION OF THE MIDDLE DISTRICT
OF FLORIDA

CASES NO: 8:05-cv-1856-T-27MSS, et al.,

_____/

## ORDER

The Clerk is directed to (1) uniformly re-assign to Magistrate Judge Mary S. Scriven each of the cases listed in the attached appendix and (2) file a copy of this order in each case.

ORDERED in Tampa, Florida, on July 31, 2006.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

_____
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

_____
JAMES S. MOODY, Jr.
UNITED STATES DISTRICT JUDGE

## APPENDIX

| Case Number | Case Name |
|---|---|
| 8:05-cv-01856-27-MSS | Wiand v. Waxenberg |
| 8:06-cv-00605-17-MSS | Wiand v. Terry |
| 8:06-cv-00606-26-MSS | Wiand v. Trugman |
| 8:06-cv-00607-30-EAJ | Wiand v. Shaw |
| 8:06-cv-00608-17-TBM | Wiand v. Wornham |
| 8:06-cv-00609-23-TBM | Wiand v. Abraham |
| 8:06-cv-00610-27-MSS | Wiand v. Gruen, et al. |
| 8:06-cv-00611-23-MAP | Wiand v. Dell, et al. |
| 8:06-cv-00612-17-TBM | Wiand v. Isroff |
| 8:06-cv-00613-26-MSS | Wiand v. Hayes |
| 8:06-cv-00614-17-TBM | Wiand v. Dimont, et al. |
| 8:06-cv-00615-17-EAJ | Wiand v. Cottage Development LLC |
| 8:06-cv-00616-27-MSS | Wiand v. Kavensky |
| 8:06-cv-00617-24-MSS | Wiand v. Greenberg, et al. |
| 8:06-cv-00618-17-EAJ | Wiand v. Court Street LLC |
| 8:06-cv-00622-26-TBM | Wiand v. Isroff |
| 8:06-cv-00623-26-MAP | Wiand v. Isroff |
| 8:06-cv-00624-24-EAJ | Wiand v. Isroff |
| 8:06-cv-00631-27-TGW | Wiand v. Owens |
| 8:06-cv-00632-24-EAJ | Wiand v. Savran, et al. |
| 8:06-cv-00633-17-MSS | Wiand v. Shaw |
| 8:06-cv-00634-30-EAJ | Wiand v. Shaw |
| 8:06-cv-00635-26-TBM | Wiand v. Siegel |
| 8:06-cv-00636-17-MAP | Wiand v. Tuck, et al. |
| 8:06-cv-00637-26-TGW | Wiand, et al. v. Vinograd, et al. |
| 8:06-cv-00638-24-MSS | Wiand v. Umansky |
| 8:06-cv-00639-23-EAJ | Wiand v. Winkler, et al. |
| 8:06-cv-00640-30-MAP | Wiand v. Baratz, et al. |
| 8:06-cv-00641-27-MAP | Wiand v. Burman, et al. |
| 8:06-cv-00642-24-TGW | Wiand v. Baratz, et al. |
| 8:06-cv-00643-30-MAP | Wiand v. Conner, et al. |
| 8:06-cv-00644-30-TBM | Wiand v. Feldman |
| 8:06-cv-00645-24-MAP | Wiand v. Levey, et al. |
| 8:06-cv-00646-26-TBM | Wiand v. Nathenson, et al. |
| 8:06-cv-00647-23-MSS | Wiand, et al. v. Harvey Levine, et al. |
| 8:06-cv-00648-30-MAP | Wiand v. Owens, et al. |
| 8:06-cv-00649-26-TGW | Wiand v. Libor Partners |
| 8:06-cv-00650-30-MAP | Wiand v. The Rampell Partnership, et al. |
| 8:06-cv-00651-27-TGW | Wiand v. Nessel |
| 8:06-cv-00652-23-EAJ | Wiand v. Nathenson, et al. |

| Case Number | Case Name |
|---|---|
| 8:06-cv-00653-24-TGW | Wiand v. Shaw |
| 8:06-cv-00696-24-TBM | Wiand v. Sussman |
| 8:06-cv-00697-24-EAJ | Wiand, et al. v. Vinograd, et al. |
| 8:06-cv-00698-27-EAJ | Wiand v. Siegel |
| 8:06-cv-00699-30-TBM | Wiand v. Owens |
| 8:06-cv-00700-23-EAJ | Wiand v. Vinograd |
| 8:06-cv-00701-30-EAJ | Wiand v. Garcia |
| 8:06-cv-00703-23-MSS | Wiand v. Rosenberg |
| 8:06-cv-00705-17-EAJ | Wiand v. Waxenberg |
| 8:06-cv-00706-23-MAP | Wiand v. Schnall, et al. |
| 8:06-cv-00707-27-MSS | Wiand v. Saunders |
| 8:06-cv-00708-30-MAP | Wiand v. Waxenberg |
| 8:06-cv-00822-30-TBM | Wiand v. Vinograd |
| 8:06-cv-00823-26-EAJ | Wiand v. Vinogrand |
| 8:06-cv-00824-24-EAJ | Wiand v. Vinograd |
| 8:06-cv-00825-23-MSS | Wiand v. Vinograd |
| 8:06-cv-00826-24-MAP | Wiand v. Disraeli |
| 8:06-cv-00827-30-TBM | Wiand v. Disraeli |
| 8:06-cv-00828-23-TGW | Wiand, et al. v. Harris, et al. |
| 8:06-cv-00830-26-MSS | Wiand, et al. v. Isaacson, et al. |
| 8:06-cv-00831-26-MAP | Wiand v. Neumann, et al. |
| 8:06-cv-00832-23-EAJ | Wiand, et al. |
| 8:06-cv-00833-27-EAJ | Wiand v. Adatto |
| 8:06-cv-00834-24-TBM | Wiand v. Seidman, et al. |
| 8:06-cv-00835-26-TGW | Wiand v. Shaw |
| 8:06-cv-00836-24-MAP | Wiand v. Singer |
| 8:06-cv-00837-17-TGW | Wiand, et al. v. Stevenson |
| 8:06-cv-01048-27-MAP | Wiand v. Rubin |
| 8:06-cv-01049-17-MSS | Wiand v. Baratz, et al. |
| 8:06-cv-01069-30-TGW | Wiand v. Browning |
| 8:06-cv-01070-26-MAP | Wiand v. Saltz |
| 8:06-cv-01072-27-MSS | Wiand v. Goldstein, et al. |
| 8:06-cv-01073-30-TGW | Wiand v. Shaw |
| 8:06-cv-01075-27-MSS | Wiand v. Waxenberg |
| 8:06-cv-01085-27-MAP | Wiand v. Mitchell |
| 8:06-cv-01092-30-TGW | Wiand v. Glaser, et al. |
| 8:06-cv-01203-17-EAJ | Wiand v. Abiri |